HOBART R. GARDNER v. NEW JERSEY PINELANDS
COMMISSION, ET AL.

September 26, 1989.

Petition for certification granted. (See 235 *N.J.Super.* 382).

PETER H. SODERBERG v. CRESTEK, INC., ETC.

September 26, 1989.

Petition for certification denied.

RAAFAT DAWOUD v. MANUFACTURERS RESP. CO.

September 26, 1989.

Petition for certification denied.

DEOMINICK LO CARRO, ET AL. v. ZONING BOARD OF ADJUST-
MENT OF THE CITY
OF GARFIELD, ET AL.

September 26, 1989.

Petition for certification denied.